UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

    v.                                              Case No. 18-cv-440-JL

United States of America

## ORDER

After due consideration of the objection and response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 27, 2018.

                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date: December 19, 2018

cc:   John R. Griffin, Jr.
       Robert J. Rabuck, AUSA